LEE JACKSON, Respondent, *v.* EDWARD A. PERKINS, Appellant.

*Jackson* v. *Perkins,* 140 App. Div. 882, affirmed.
(Submitted December 12, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for

personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Calvin J. Huson* for appellant.

*James O. Sebring* and *Harry H. Hays* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.